UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KENNETH CORNWALL,
LUCAS KATZE, STEVE GRIFFIN and
SHELDON SISCO, individually and on
behalf of all others similarly situated,

        Plaintiffs,

vs.                                      Case No. 10-cv-264

SOLTERMAN ROOFING COMPANY, INC.,
KATHY SOLTERMAN and
MICHAEL SOLTERMAN,

        Defendants.

---

### ENTRY OF DEFAULT

Plaintiffs request that the Clerk of Court enter default against defendants Solterman Roofing Company, Inc., Kathy Solterman and Michael Solterman pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Solterman Roofing Company, Inc., Kathy Solterman and Michael Solterman is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 22d day of October, 2010.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court

Copy of this document has been provided to: _illegible_

this 22nd day of Oct, 20 10
By _illegible_
        Deputy Clerk