IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH CORNWALL, LUCAS KATZE,
STEVE GRIFFIN, and SHELDON SISCO,
individually and on behalf of all others similarly situated,

DEFAULT JUDGMENT

Plaintiffs,

Case No. 10-cv-264-wmc

v.

SOLTERMAN ROOFING COMPANY, INC.,
KATHY SOLTERMAN, and MICHAEL SOLTERMAN,

Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Kenneth Cornwall, Lucas Katze, Steve Griffin and Sheldon Sisco against defendant Solterman Roofing Company, Inc. in the amount of $121,565.66.

By: _____
Peter Oppeneer, Clerk of Court

1-13-11
Date